# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GREENSPAN, et al., | Case No. 13cv210-LAB (DHB) |
| Plaintiffs, | **ORDER REGARDING EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| v. | |
| COUNTY OF SAN DIEGO, et al., | |
| Defendants. | |

On April 16, 2013, Plaintiff Donna Greenspan filed an Ex-Parte Application for Appointment of Guardian Ad Litem, requesting appointment as guardian ad litem for her minor son, Plaintiff A.G. (ECF No. 17.) If any Defendant wishes to oppose Plaintiff's Ex Parte Application, they may submit an opposition brief no later than **May 10, 2013**. Plaintiff may file a reply no later than **May 15, 2013**.

**IT IS SO ORDERED.**

DATED: May 6, 2013

DAVID H. BARTICK
United States Magistrate Judge

13cv210-LAB (DHB)